**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

ADAMS FOODS LLC and
MUSTAFA T. MUSTAFA,

Milwaukee County Case No.: 26-CV-8358

Plaintiffs,

vs.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

---

## NOTICE OF REMOVAL

---

TO: CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN-MILWAUKEE DIVISION

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, Defendant State Farm Fire and Casualty Company ("State Farm") hereby removes the action captioned *Adams Foods LLC & Mustafa T. Mustafa v. State Farm Fire and Casualty Company* pending as Case No. 26-CV-8358 in the Circuit Court of Milwaukee County, Wisconsin ("the State Court Action") to the United States District Court for the Eastern District of Wisconsin and hereby states the following grounds for removal:

1. On September 14, 2026, Plaintiffs Adams Foods LLC and Mustafa T. Mustafa commenced the State Court Action. The Complaint asserts claims against State Farm for Breach of Contract and Bad Faith. A true and correct copy of the Summons and Complaint filed in the State Court Action is attached hereto as **Exhibit A**.

2. State Farm, through its registered agent, received the Summons and Complaint in the State Court Action on September 18, 2026. Thus, this notice is timely pursuant to 28 U.S.C. § 1446(b).

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 based on the following:

a. Plaintiffs first allege breach of contract, alleging that State Farm failed to pay them policy benefits they are owed under their insurance policy following a fire at their grocery store. (Ex. A, Summons and Complaint at ¶¶ 10, 27-33).

b. Plaintiffs allege that as a result of State Farm's breach of contract they have "suffered significant losses, including loss of the property insurance benefits promised under the Policy, past and future time-value of those benefits, and other consequential damages . . ." (*Id.* at ¶ 33).

c. Plaintiffs further allege that State Farm has acted in bad faith and that as a result they "sustained damaged [sic] beyond the Policy benefits including prolonged business closure, lost business income, and carrying costs. . ." (*Id.* at ¶ 38).

4. According to the Complaint, Plaintiff Adams Foods LLC is a Wisconsin limited liability company. (*Id.* at ¶ 1).

5. According to the Complaint, Plaintiff Mustafa T. Mustafa is a resident of the State of Wisconsin. (*Id.* at ¶ 2).

6. State Farm is a foreign insurance company that maintains its principal place of business in Bloomington, Illinois. (*Id.* at ¶ 3).

7. No party in interest properly joined and served as defendant is a citizen of Wisconsin. Accordingly, this action may be removed from state court pursuant to 28 U.S.C. § 1441(b).

8. Under 28 U.S.C. § 1441(a), the State Court Action may be removed to the United States District Court for the Eastern District of Wisconsin because it is the United States District Court for the district and division embracing the place where the State Court Action is pending.

9. A copy of this Notice of Removal is being filed concurrently with the Clerk of the Circuit Court of Milwaukee County, Wisconsin and is being served on counsel for Plaintiffs. *See* 28 U.S.C. § 1446(a) and (d). The Circuit Court of Milwaukee County, Wisconsin, is located within the jurisdiction of this Court. A copy of the Notice of Filing of Notice of Removal that was filed in the State Court Action is attached hereto as **Exhibit B**.

10. State Farm submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiffs or conceding that Plaintiffs have pled claims upon which relief may be granted.

11. State Farm reserves the right to amend or supplement this Notice.

WHEREFORE, Defendant State Farm Fire and Casualty Company hereby removes the State Court Action to this Court.

Dated this 16th day of October 2026.

**MEISSNER TIERNEY FISHER & NICHOLS, S.C.**

By: *Electronically signed by Mark D. Malloy*

Mark D. Malloy
State Bar No. 1035066
mdm@mtfn.com
Alyssa Chojnacki Beckham
State Bar No. 1124669
acb@mtfn.com
**Attorneys for Defendant State Farm Fire and Casualty Company**

**Mailing Address**
111 East Kilbourn Avenue, 19th Floor
Milwaukee, WI 53202-6622
Phone: (414) 273-1300
Facsimile: (414) 273-5840